IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHELLEY PAYNE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV542 |
| | ) | |
| v. | ) | |
| | ) | |
| ANIMAL EMERGENCY CLINIC, | ) | REASSIGNMENT ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Notice of Appearance of Counsel for Plaintiff (Filing No. 4), this case is no longer referred to the Pro Se Docket. Accordingly,

IT IS ORDERED that this case will remain assigned to District Court Judge Richard G. Kopf for disposition and is reassigned to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

DATED this 19th day of April, 2006.

BY THE COURT:

**s/ Joseph F. Bataillon**
Chief District Judge