IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHELLEY PAYNE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV542 |
| | ) | |
| v. | ) | |
| | ) | |
| ANIMAL EMERGENCY CLINIC, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The motion of Leah E. Joseph, counsel for defendant, to withdraw, filing 9, is granted.

DATED this 26th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge