IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHELLY PAYNE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANIMAL EMERGENCY CLINIC, P.C.,<br>a Nebraska Professional Corporation,<br><br>　　　　　Defendant. | Case No. 8:05CV542<br><br>**JUDGMENT** |

This matter came to be heard upon the Stipulation of the parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. (Filings 18 and 19.)

THE COURT, BEING FULLY ADVISED IN THE PREMISES, FINDS AND ORDERS AS FOLLOWS:

1.　The Amended Complaint, and any amendments thereto, originally filed at Case No. 8:05CV542, brought by Shelly Payne (herein "Plaintiff") along with all other asserted claims of the Plaintiff against Animal Emergency Clinic, P.C., a Nebraska Professional Corporation (herein "Defendant") of any kind or nature whatsoever, are hereby dismissed with prejudice.

2.　Each party shall be responsible for its own costs and attorney fees incurred.

DATED this 29th day of November, 2006.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　United States District Judge